| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Cal. Bar No. 122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, Cal. Bar No. 314109 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721-2226 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| 6 | Attorney for Defendant |
| | STEVEN MICHEAL WILLIAM EVANS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:17-mj-00074-JDP |
|---|---|
| Plaintiff, | ) JOINT MOTION TO RECALL WARRANT |
| vs. | ) AND PLACE MATTER BACK ON |
| | ) CALENDAR FOR PLEA AND SENTENCING; |
| STEVEN MICHEAL WILLIAM EVANS, | ) ORDER |
| Defendant. | ) |

The parties, by and through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for defendant Steven Michael William Evans, hereby jointly move to recall the warrant issued on September 25, 2018 and ask this Court to place this matter on calendar for November 6, 2018 at 10 a.m.

Due to recent, unexpected change in assigned counsel for Mr. Evans, no one advised Mr. Evans that he was required to be present at the next hearing for a change of plea and sentencing. On September 25, 2018, Mr. Evans, unaware of the hearing and the requirement that he be present, failed to appear, and the Court issued a warrant for his arrest. Shortly thereafter, having not heard from his attorney, Mr. Evans called the Office of the Federal Defender only to discover that he had an active warrant for his arrest.

Given these circumstances, the parties ask the court to recall the warrant and set this matter

for a change of plea hearing on November 6, 2018 at 10 a.m. in Yosemite National Park.

Respectfully submitted,

Date: October 11, 2018 */s/ Susan St. Vincent*
SUSAN ST. VINCENT
Yosemite Legal Officer
Counsel for the Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 11, 2018 */s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
STEVEN MICHEAL WILLIAM EVANS

## **O R D E R**

**IT IS SO ORDERED.** The court hereby grants the parties' joint request to recall the warrant issued on September 25, 2018 and places this matter on calendar on November 6, 2018 at 10 a.m. for a change of plea and sentencing.

IT IS SO ORDERED.

Dated:   October 15, 2018   
UNITED STATES MAGISTRATE JUDGE